

## Custard Insurance Adjusters, Inc.

July 29, 2009

Fowler White Burnett P.A.
Espirito Santo Plaza
Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131-3302

ADDRESS REPLY TO:

9000 Regency Square Blvd
Suite 203
Jacksonville, FL 32211
Tel: 904-724-1937
Fax: 904-724-2768
jacksonville.fl@custard.com

**ATTENTION:** Michael Alexander Garcia

| | |
|---|---|
| **File/Claim #:** | CPP0505552 |
| **Insured:** | Texas Fixture Installers |
| **Client(s):** | Abercrombie & Fitch |
| **Date of Loss:** | 7/28/2007 |
| **Our File #:** | 069-012834 |

Dear Mr. Garcia,

Please be advised Custard Insurance Adjusters is an independent adjusting company that works for many insurance companies and self-insured's. The company we are working for in this particular case is The Republic Group who insured Texas Fixture.

We are in receipt of your letter dated July 27, 009 in which you advise you represent Abercombe & Fitch and are requesting insurance information pursuant to Florida Statute 627.4137. Please be advised we have closed our file and all future correspondence should be forwarded directly to Barbara Laster at The Republic Group. P.O. Box 809056 Dallas, Texas 75380-9056. We have forwarded your letter to Ms. Laster for her review and consideration.

Should you have any questions regarding this correspondence, please do not hesitate to contact our office. Thank you for your cooperation.

**Custard Insurance Adjusters, Inc.**

*Jason Oswald*

Jason Oswald
Adjuster

JO/smp

EXHIBIT A