

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

ATTORNEYS AT LAW

WWW.QPWBLAW.COM

ONE EAST BROWARD BOULEVARD, SUITE 1400
FORT LAUDERDALE, FLORIDA 33301
TELEPHONE: (954) 523-7008 ♦ FACSIMILE: (954) 523-7009

August 6, 2009

Michael Alexander Garcia, Esquire
Fowler White Burnett, P.A.
Espirito Santo Plaza
1395 Brickell Avenue, 14th floor
Miami, FL 33131

Re: **Abercrombie & Fitch v. Texas Fixture Installers**
   Claim No.:   CPP 050 5552
   D/Loss:      7/28/07
   Our File No.: 41928

Dear Mr. Garcia:

Your letter of July 27, 2009, directed to Barbara Laster at the Republic Group in Dallas, Texas, was referred to me for a response. You can direct all future correspondence to me, as I will be the attorney handling this matter if a lawsuit is filed.

It is noted that you have requested information pursuant to Florida Statutes 627.4137 regarding disclosure of insurance information. However, since the Republic Group does not write any insurance policies in the State of Florida, it is not bound to comply with said Florida Statute. We have checked with the Florida Department of Insurance and were advised that we are correct as this statute cannot be enforced against an insurance carrier that does not do business in the State of Florida.

Therefore, on behalf of the Republic Group and particularly Ms. Laster, we will not be furnishing you with the information you have requested nor will we be providing you with a copy of their insurance policy issued to Texas Fixture Installers. Certainly, if you have some statutory or case law authority that indicates differently from this opinion, then please furnish same to me for review and consideration.

Very truly yours,

HAROLD S. STEVENS

HSS/pms
cc:   Ms. Barbara Laster

EXHIBIT
B

MIAMI OFFICE ♦ 9300 SOUTH DADELAND BOULEVARD, 4TH FLOOR, MI... (305) 670-1101 ♦ FACSIMILE: (305) 670-1161
TAMPA OFFICE ♦ 4905 WEST LAUREL STREET, 2ND FLOOR, TAMP... 3) 286-8818 ♦ FACSIMILE: (813) 286-9998
JACKSONVILLE OFFICE ♦ ONE INDEPENDENT DRIVE, SUITE 1650, JACKS... NE: (904) 354-5500 ♦ FACSIMILE: (904) 354-5501
ORLANDO OFFICE ♦ 255 S. ORANGE AVENUE, SUITE 900, ORLAND... 07) 872-6011 ♦ FACSIMILE: (407) 872-6012
TALLAHASSEE OFFICE ♦ 215 SOUTH MONROE STREET, SUITE 510, TALLAHASSEE, FLORIDA 32301 ♦ TELEPHONE: (850) 412-1042 ♦ FACSIMILE: (850) 412-1043