# FOWLERWHITE
## ATTORNEYS AT LAW
# BURNETT

MIAMI • FORT LAUDERDALE • WEST PALM BEACH • ST. PETERSBURG • VERO BEACH

ESPIRITO SANTO PLAZA
FOURTEENTH FLOOR
1395 BRICKELL AVENUE
MIAMI, FLORIDA 33131
TELEPHONE (305) 789-9200
FACSIMILE (305) 789-9201

WWW.FOWLER-WHITE.COM

MICHAEL ALEXANDER GARCIA
DIRECT PHONE No.: (305) 789-9200
DIRECT FACSIMILE No.: (305) 789-9201

August 31, 2009

*Via First Class Mail*

Harold S. Stevens, Esq.
Quintairos, Prieto, Wood & Boyer, P.A.
One East Broward Boulevard, Suite 1400
Fort Lauderdale, Florida 33301

RE: *Abercrombie & Fitch Store, Inc. d/b/a Abercrombie & Fitch v. Texas Fixture Installers, et al.*
Claim No.: 08CPP0505552; Date of Loss: July 28, 2007
Your file: 41928
Our file: 78817

Dear Mr. Stevens:

Please find enclosed the following materials received electronically from the Clerk:

1. Notice of Designation of Local Rules 3.05 and Guidelines for filing of Case Management Report.

2. Case Management Report, 6 pages.

Should you have any questions or concerns, please feel free to contact us. We will be in touch with you shortly regarding the Case Management Report.

Sincerely,

FOWLER WHITE BURNETT P.A.

Michael Alexander Garcia

MAG/jaw
Enclosures

[jw] W:\78817\LETOPP00.MAG{8/31/9-14:51}



FOWLER WHITE BURNETT P.A.