

# FowlerWhite Burnett
### ATTORNEYS AT LAW

MIAMI • FORT LAUDERDALE • WEST PALM BEACH • ST. PETERSBURG • VERO BEACH

ESPIRITO SANTO PLAZA
FOURTEENTH FLOOR
1395 BRICKELL AVENUE
MIAMI, FLORIDA 33131
TELEPHONE (305) 789-9200
FACSIMILE (305) 789-9201

WWW.FOWLER-WHITE.COM

MICHAEL ALEXANDER GARCIA
DIRECT PHONE NO.: (305) 789-9200
DIRECT FACSIMILE NO.: (305) 789-9201

September 2, 2009

*Via Facsmile*

Harold S. Stevens, Esq.
Quintairos, Prieto, Wood & Boyer, P.A.
One East Broward Boulevard, Suite 1400
Fort Lauderdale, Florida 33301

RE: *Abercrombie & Fitch Store, Inc. d/b/a Abercrombie & Fitch v. Texas Fixture Installers, et al.*
Claim No.: 08CPP0505552; Date of Loss: July 28, 2007
Your file: 41928
Our file: 78817

Dear Mr. Stevens:

This is our second request for the statutorily mandated insurance information previously requested and our additional request in compliance with the local Rules of the Middle District of Florida to attempt to reach a resolution to this matter without filing a Motion to Compel. Should I not hear from you shortly, I will file a Motion to Compel with the Court so as to obtain a Court Order mandating that you provide the requested insurance information including copies of the declaration page, policy and all other statutorily mandated information in accordance with the Statute. I will be out next week. Thank you.

Sincerely,

FOWLER WHITE BURNETT P.A.

Michael Alexander Garcia
SIGNED IN ATTORNEY'S ABSENCE TO AVOID DELAY

MAG/jaw

[jw] W:\78817\LETOPP41.MAG{9/2/9-11:52}

